**John Comer, Plaintiff-Appellee, v. Santo J. Corpora, Defendant-Appellant.**

Gen. No. 66–93. 

Second District.

February 7, 1967.

Knight, Ingrassia and Schirger, of Rockford, for appellant; Andrews, Peterson and Spelman, of Rockford, for appellee. Opinion by JUSTICE ATTEN. **Not to be published in full.**